IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRENCE HUDGINS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner for | : | |
| Social Security | : | NO. 22-4960 |

## JUDGMENT ORDER

**AND NOW**, this 14th day of November, 2023, in accordance with the Opinion filed by the undersigned on this date, it is hereby ORDERED that Plaintiff's Request for Review is DENIED.

This case may be marked by the Clerk's Office as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE